IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 18-cv-01322-JLK-NYW | Date: | June 26, 2019 |
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW COURTROOM A-502* |

| Parties | Counsel |
|---|---|
| ABRIL ANCHONDO-GALAVIZ,<br><br>**Plaintiff,**<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>**Defendant.** | *Jessica L. Schlatter*<br>*Marc F. Bendinelli*<br><br><br><br><br>*Gordon A. Queenan*<br>*Franklin D. Patterson* |

**COURTROOM MINUTES/MINUTE ORDER**

**DISCOVERY CONFERENCE**

Court in Session: 10:01 a.m.

Appearance of counsel.

Parties update the court as to what issues need to be addressed in the pending motions.

Parties discuss the First Stipulation to Extend Discovery [53] filed June 11, 2019. Parties have agreed to a 60-day extension of the discovery deadline to August 16, 2019. Once this motion is referred, the court will grant the extension.

Plaintiff is withdrawing in part the Motion to Quash the Subpoena Duces Tecum Served on Marrick Medical and the Subpoena Duces Tecum Served on Vanston Masri, M.D. [38] filed April 11, 2019. Plaintiff is withdrawing the motion regarding Dr. Masri, but not regarding Marrick Medical.

Discussion regarding disputes outlined in Defendant State Farm Mutual Automobile Insurance Company's Motion to Compel a Rule 35 Examination [30], and Defendant State Farm Mutual Automobile Insurance Company's Motion to Extend its Expert Disclosures Deadline Pending an

Order on State Farm's Motion to Compel a Rule 35 Examination [31] both filed March 11, 2019. Defendant is awaiting adjudication before producing the expert report.

Parties have the deposition of Ms. Sheryl Tanaka set for July 8, 2019, in Hawaii.

Discussion regarding Plaintiff's Motion's for Disclosure [57] and [58], both filed June 20, 2019. Plaintiff indicates that the Motion for Disclosure [58] was filed in error. Plaintiff's Motion for Disclosure [61/62] filed June 24, 2019 is still at issue.

**ORDERED: Plaintiff's Motion for Disclosure [58] will be stricken, and remain as Restricted Level 1.**

Parties discuss if the documents will be used for Ms. Tanaka's deposition.

Defendant indicates its intention to depose a representative from Marrick Medical. Parties have agreed to the deposition of Dr. Masri.

Plaintiff indicates that she objects to the jurisdiction of the magistrate judge even for discovery issues.

Argument held regarding Defendant State Farm Mutual Automobile Insurance Company's Motion to Compel Discovery Responses Pursuant to F.R.C.P. 37 [29] filed March 1, 2019.

**ORDERED: Defendant State Farm Mutual Automobile Insurance Company's Motion to Compel Discovery Responses Pursuant to F.R.C.P. 37 [29] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

**ORDERED: Plaintiff's Motion to Amend Civil Scheduling Order to Reflect 60-Day Extension of Discovery Cutoff [47] is GRANTED, in light of the Parties' representations in their filing [53]. The court extends the discovery deadline from June 15, 2019, to August 16, 2019.**

**ORDERED: The deposition of Ms. Sheryl Tanaka set for July 8, 2019, shall proceed as scheduled.**

**ORDERED: The deposition of Dr. Masri shall be completed on or before August 16, 2019.**

**ORDERED: Defendant State Farm Mutual Automobile Insurance Company's Motion to Compel a Rule 35 Examination [30] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

**ORDERED: Defendant State Farm Mutual Automobile Insurance Company's Motion to Extend its Expert Disclosures Deadline Pending an Order on State Farm's**

**Motion to Compel a Rule 35 Examination [31] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

**ORDERED: The Motion to Quash the Subpoena Duces Tecum Served on Marrick Medical and the Subpoena Duces Tecum Served on Vanston Masri, M.D. [38] is DEEMED MOOT in PART as to Dr. Masri, and TAKEN UNDER ADVISEMENT as to Marrick Medical.**

Plaintiff's Motion's for Disclosure [57], and Plaintiff's Motion for Summary Judgment [39] have not been argued and are not yet taken under advisement. Defendant requests oral argument on the Motion for Summary Judgment.

**ORDERED: Oral Argument on Plaintiff's Motion for Summary Judgment [39] is set for July 26, 2019, at 10:00 a.m. in Courtroom A-502 before Magistrate Judge Nina Y. Wang.**

Court in Recess: 11:05 a.m.          Hearing concluded.          Total time in Court: 01:04

*To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.